RECEIVED
IN LAKE CHARLES, LA

MAY - 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIEL DWAYNE WILKS, ET AL. | : | DOCKET NO. 2:06 cv 0885 |
| VS. | : | JUDGE MINALDI |
| KENDON INDUSTRIES, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

At this stage of the litigation, it is unclear whether the physicians referenced in Kendon Industries, Inc.'s Motion to Set Reasonable Expert Fees are, in fact, expert witnesses, as contemplated by Rule 26(b)(4)(C) of the Federal Rules of Civil Procedure. *See Wirtz v. Kansas Farm Bureau Servs., Inc.*, 355 F.Supp.2d 1190, 1211 (D.Kan. 2005) ("To be certain, a number of courts have held that a treating physician testifying solely to his or her treatment of the patient is not entitled to anything above the fact witness fee.") (collecting cases).

The defendant avers that the physicians at issue are "merely treating physicians, and not experts retained solely for the purposes of litigation." Def.'s Mem. Supp. 6. This characterization, however, turns on the substance of the witness's testimony. Should it be determined that the deponents are properly characterized as experts under Rule 26, the deponents are entitled to a reasonable fee for time spent responding to discovery. Any amount sought by an expert in excess of a reasonable fee, shall be borne by the by the party retaining the expert.

Moreover, the court notes that the defendant's motion is devoid of any evidence that the parties and physicians attempted to reach an agreement as to a reasonable rate before appealing to

the court. *See* Def.'s Ex. A, at ¶ VII.A.3 (Interprofessional Code for Physicians and Attorneys) ("Attorneys and physicians should agree, in advance, preferably in writing as to the fees for such services.)

Accordingly, IT IS ORDERED, that the Motion to Set Reasonable Expert Fees [doc. 22] filed by Kendon Industries, Inc. is hereby DENIED.

Lake Charles, Louisiana, this ____2____ day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT