RECEIVED
IN LAKE CHARLES, LA

MAY -9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID DWAYNE WILKS** | : | **DOCKET NO. 06 CV 885** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **KENDON INDUSTRIES, INC.** | : | **MAGISTRATE JUDGE WILSON** |

### REPORT AND RECOMMENDATION

Presently before the court is Plaintiff's Motion to Remand. (Doc. 28). It has been referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A).

This matter was originally filed in the 14th Judicial District Court for Calcasieu Parish, Louisiana. It was timely removed to this court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 as, at the time, there was complete diversity and the amount in controversy exceeded $75,000. On April 3, 2007, Plaintiff filed an unopposed motion for leave to file an amended complaint. (Doc. 27). Leave was granted. The amended complaint added a non-diverse defendant, Larry Corbello.

The post-removal joinder of the non-diverse defendant destroys this court's subject matter jurisdiction and requires remand. *Cobb v. Delta Exports, Inc.*, 186 F.3d 675 (5th Cir. 1999).[1]

Accordingly, it is recommended that Plaintiff's motion to remand be GRANTED.

---

[1] In opposing remand Defendant relies solely on our earlier unreported opinion in *Shaw v. Meridian Oil, Inc.*, 1996 U.S. Dist. LEXIS 13432 (W.D.La. 1996)(Wilson, Mag.), which has been implicitly overruled by *Cobb, supra*.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of May, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE