RECEIVED
IN LAKE CHARLES, LA
JUN 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAVID DWAYNE WILKS** | : | **DOCKET NO. 06 CV 885** |
| VS. | : | JUDGE MINALDI |
| **KENDON INDUSTRIES, INC.** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this matter be remanded to the 14th Judicial District Court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20 day of June, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE